IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIGHT HNAD LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No.: 1:25-cv-11700<br><br>**Judge Sharon Johnson Coleman**<br><br>**JURY TRIAL DEMAND** |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

　　　　Plaintiff Bright Hand LLC, ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on November 4, 2025 [21], by a period of fourteen (14) days until December 2, 2025. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

DATED:　November 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas S. Lee
　　　　　　　　　　　　　　　　　　　　　　　Nicholas S. Lee (#6284603)
　　　　　　　　　　　　　　　　　　　　　　　Nickles72@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　1823 Turtle Bay Road
　　　　　　　　　　　　　　　　　　　　　　　Vernon Hills, IL 60061
　　　　　　　　　　　　　　　　　　　　　　　Tel: (773) 732-8244

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, Bright Hand LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 13, 2025.

                                        /s/ Nicholas S. Lee
                                        Nicholas S. Lee

DATED: October 14, 2024    Respectfully Submitted,

/s/ Sameeul Haque
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
T: (847) 969-9123
F: (847) 969-9124

*Counsel for Plaintiff, Bright Hand LLC*

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this November 13, 2025. Any other counsel of record will be served by electronic mail and/or first-class mail.

                                                   /s/ Sameeul Haque
                                                   SameeulHaque